**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 761-7715
Fax: (406) 453-9973
E-mail: jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
APR 0 7 2022
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JESSICA ROSE MENTH, Defendant. | CR 22- 05 -H-BMM<br><br>**INDICTMENT**<br><br>ACCESS DEVICE FRAUD (Count I)<br>Title 18 U.S.C. §§ 1029(a)(3) and 2<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>AGGRAVATED IDENTITY THEFT (Count II)<br>Title 18 U.S.C. §§ 1028A(a)(1) and 2<br>(Penalty: Mandatory minimum two years of imprisonment, consecutive to any other punishment, $250,000 fine, and one year of supervised release) |
|---|---|

|  | **POSSESSION OF STOLEN MAIL** (Count III) Title 18 U.S.C. §§ 1708 and 2 (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about January 21, 2021, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, JESSICA ROSE MENTH, knowingly and with intent to defraud, possessed in and affecting interstate commerce, fifteen or more unauthorized access devices as defined in 18 U.S.C. §§ 1029(e)(2) and (e)(3), to wit: various credit and debit cards and various credit and debit card numbers, and aided and abetted the same, all in violation of 18 U.S.C. §§ 1029(a)(3) and 2.

## COUNT II

That on or about January 21, 2021, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, JESSICA ROSE MENTH, did knowingly possess, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1029(a)(3), access device fraud, as charged in count I, and aided and abetted the same, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

COUNT III

That on or about January 21, 2021, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, JESSICA ROSE MENTH, did have in her possession various items of mail matter, including postal packages, mail, and articles contained therein, which had been stolen, taken, embezzled and abstracted from an authorized mail receptacle, and at the time she possessed said mail matter, defendant MENTH knew that the mail matter had been stolen, taken, embezzled and abstracted from an authorized depository, and aided and abetted the same, all in violation of 18 U.S.C. §§ 1708 and 2.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney