# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-05-H-BMM |
| Plaintiff, | |
| vs. | AMENDED ORDER |
| JESSICA ROSE MENTH, | |
| Defendant. | |

Defendant Jessica Rose Menth having filed an Unopposed Motion to Enlarge Plea Agreement Deadline requesting a two (2) week extension, there being no objection from the government and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Defendant Menth's motion is GRANTED. The plea agreement deadline currently set for September 6, 2022, is VACATED, and is reset for Tuesday, September 13, 2022.

DATED this 8th day of September, 2022.

_____
Brian Morris, Chief District Judge
United States District Court