IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA ROSE MENTH,<br><br>Defendant. | CR 22-05-H-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Jessica Rose Menth (Menth) has been accused of violating the conditions of her supervised release. Menth denied all of the alleged violations. The government satisfied its burden of proof with respect to alleged violations 1 and 2. Menth's supervised release should be revoked. Menth should be placed in custody until 8:00 a.m. on September 20, 2023, with 34 months of supervised release to follow. When Menth completes her term of custody, Menth's father should immediately transport Menth to the Badlands Recovery Center in Glendive, Montana. Menth should be required to successfully complete a 28-day inpatient substance abuse treatment program at the Badlands Recovery Center. Menth should also be required to successfully complete the drug court program

administered in Lewis and Clark County while on supervised release.

## II. Status

Menth pleaded guilty to Access Device Fraud on October 5, 2022. (Doc. 31). The Court sentenced Menth to 3 months of custody, followed by 3 years of supervised release. (Doc. 44). Menth's term of supervised release began on May 2, 2023. (Doc. 58 at 1).

**Petition**

The United States Probation Office filed an Amended Petition on July 18, 2023, requesting that the Court revoke Menth's supervised release. (Doc. 58). The Amended Petition alleged that Menth had violated the conditions of her supervised release by using methamphetamine on two separate occasions.

**Initial appearance**

Menth appeared before the undersigned for her initial appearance on the Amended Petition on July 27, 2023. Menth was represented by counsel. Menth stated that she had read the petition and that she understood the allegations. Menth waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on August 8, 2023, and on August 29, 2023. The government proved by a preponderance of the evidence that Menth had violated the conditions of her supervised release by using methamphetamine on two separate occasions. The violations are serious and warrant revocation of Menth's supervised release.

Menth's violations are Grade C violations. Menth's criminal history category is I. Menth's underlying offense is a Class C felony. Menth could be incarcerated for up to 24 months. Menth could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Menth's supervised release should be revoked. Menth should be placed in custody until 8:00 a.m. on September 20, 2023, with 34 months of supervised release to follow. When Menth completes her term of custody, Menth's father should immediately transport Menth to the Badlands Recovery Center in Glendive, Montana. Menth should be required to successfully complete a 28-day inpatient substance abuse treatment program at the Badlands Recovery Center. Menth should also be required to successfully complete the drug court program

3

administered in Lewis and Clark County while on supervised release. This sentence is sufficient but not greater than necessary.

## IV.  Conclusion

The Court informed Menth that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Menth of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Menth that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> Jessica Rose Menth violated the conditions of her supervised release by using methamphetamine on two separate occasions.

The Court **RECOMMENDS:**

> The District Court should revoke Menth's supervised release and commit her to the custody of the United States Bureau of Prisons until 8:00 a.m. on September 20, 2023, with 34 months of supervised release to follow. When Menth completes her term of custody, Menth's father should immediately transport Menth to the Badlands Recovery Center in Glendive, Montana. Menth should be required to successfully complete a 28-day inpatient substance abuse treatment program at the Badlands Recovery Center. Menth should also be required to successfully complete the drug court program administered in Lewis and Clark County while on supervised release.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 30th day of August, 2023.

John Johnston
United States Magistrate Judge